UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULAMIR KADHIM AL JABER, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, *et al.*,<br><br>          Defendants. | Civil No. 07cv997-L(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND TO U.S. CITIZENSHIP AND IMMIGRATION SERVICES** [doc. #5] **and DENYING AS MOOT MOTION TO REMAND [doc. #3]** |

Good cause appearing, the parties' joint motion to remand the above-captioned case to U.S. Citizenship and Immigration Services is **GRANTED.** Defendants' motion to remand [doc. #3] is **DENIED AS MOOT.** The Clerk of the Court is directed to close this action without prejudice.

**IT IS SO ORDERED**.

DATED: September 24, 2007

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv997